UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELEKA M. SMITH WINSTON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:17-cv-01901 AC<br><br><br><br>ORDER |

On May 5, 2018, this court granted defendant an extension of time to May 31, 2018 to file its motion for summary judgment. ECF 16. That deadline has now passed, and defendant has not filed the anticipated motion. Good cause appearing, IT IS HEREBY ORDERED that defendant shall show cause, within 14 days, why its failure to file a motion for summary judgment should not be deemed a statement of non-opposition to plaintiff's motion.

DATED: June 13, 2018

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE