| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| 2 | United States Attorney |
|   | DEBORAH LEE STACHEL |
| 3 | Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| 4 | MICHAEL K. MARRIOTT, CSBN 280890 |
|   | Special Assistant United States Attorney |
| 5 |     160 Spear Street, Suite 800 |
| 6 |     San Francisco, California 94105 |
|   |     Telephone: (415) 977-8985 |
| 7 |     Facsimile: (415) 744-0134 |
|   |     E-Mail: Michael.Marriott@ssa.gov |
| 8 | |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| ANGELEKA M. SMITH-WINSTON, | ) | Civil No. 2:17-cv-01901-AC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) | **FOR A SECOND EXTENSION OF TIME** |
| v. | ) | **FOR DEFENDANT TO FILE HER MSJ** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 15 days to file her MSJ. Defendant has had the opportunity to review Plaintiff's MSJ and the Certified Administrative Record, and believes that voluntary remand may be appropriate. Currently, the Appeals Council is evaluating the record, and the undersigned anticipates a response within about 10 days.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's MSJ will be Tuesday, July 3, 2018.

Respectfully submitted,

Date: *June 18, 2018*  LAW OFFICES OF LAWRENCE D. ROHLFING

By: */s/ Steven Rosales**
STEVEN ROSALES
* *By email authorization on June 18, 2018*
Attorney for Plaintiff

Date: *June 18, 2018*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: June 19, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2