MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANGELEKA M. SMITH WINSTON, | Civil No. 2:17-cv-01901-AC |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

/////

/////

Stipulation for Voluntary Remand

Upon remand to the agency, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) with instructions to seek supplemental vocational expert evidence to determine whether there are a significant number of jobs in the national economy that Plaintiff can perform. Before relying on the vocational expert evidence, the ALJ will identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles. The ALJ will give Plaintiff an opportunity for a new administrative hearing, and issue a new decision.

Respectfully submitted,

Date: *June 26, 2018*     By:    */s/ Steven Rosales\**
STEVEN ROSALES
*\* By email authorization on June 26, 2018*
Attorney for Plaintiff

Date: *June 26, 2018*           MCGREGOR W. SCOTT
United States Attorney

By:    */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

<u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: June 26, 2018.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation for Voluntary Remand